NOTICE OF APPEARANCE                                          CO-1506 (New 5/92)

CLERK'S OFFICE<br>
UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF COLUMBIA<br>
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA )
)
)
vs. )  Criminal No. 06-013M
)
)
LYNDON A. DEROUEN )
(DEFENDANT)


TO: NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA            ☑ RETAINED            ☐ FEDERAL PUBLIC DEFENDER

_Michael L. Smith_
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Michael L. Smith  Bar # 468881
(Attorney & Bar ID Number)

Capitol Legal Group, LLP
(Firm Name)

1250 H Street, N.E.
(Street Address)

Washington    DC    20002
(City)    (State)    (Zip)

(202) 399-1100 Ext. 106
TELEPHONE