UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06- |
| | : | MAGISTRATE NO. 06-013M |
| v. | : | |
| | : | VIOLATION: 18 U.S.C. § 1711 |
| LYNDON A. DEROUEN, | : | (Misappropriation of Postal Funds) |
| | : | |
| Defendant. | : | |

### I N F O R M A T I O N

The United States Attorney charges that**:**

### COUNT ONE – MISAPPROPRIATION OF POSTAL FUNDS

<u>Introduction</u>

At all times material to this Information:

1.  The United States Postal Service (hereinafter "USPS") operated the Friendship Station Post Office at 4005 Wisconsin Avenue, N.W., in the District of Columbia (hereinafter "the Post Office").

2.  Defendant LYNDON A. DEROUEN was employed by the USPS as a Sales and Service Associate at the Post Office. Included within defendant's duties, among others, was the sales of postage stamps to the general public.

3.  The retail operation of the Post Office operated under a stamp inventory system known as "segmented inventory accountability." While a traditional post office operation provided that each Sales and Service Associate was responsible for their own stamp stock, in a segmented inventory accountability environment all the Sales and Service Associates worked out of a common accountability known as the retail floor stock. This retail floor stock was the only accountability besides the unit reserve.

4. The unit reserve was assigned to a Supervisor of Customer Service, who issued postage stock to the retail floor stock via a requisition form. When issued, the accountability of the retail floor stock was increased by the amount of what was issued. On a daily basis, this accountability was subsequently reduced by the value of postage reported as sold, so that when an inventory was conducted, the paper balance should have matched what was physically on hand. The effect of a Sales and Service Associate not reporting a stamp sale transaction properly would be that, while his or her daily financial statement would "balance" at the end of the day, there would be a shortage to the inventory upon an audit of the floor stock.

5. In a segmented inventory accountability environment, the cash register that was used was known as Point of Sale. All transactions reported in a Point of Sale environment were captured in a USPS marketing database known as "Retail Data Mart."

6. The cash drawer on a Point of Sale cash register machine was designed not to open unless there was a cash transaction. There was a "no-sale" key, however, which could be used to circumvent this feature.

The Scheme to Misappropriate Postal Funds

7. From in or about September of 2005, until in or about January of 2006, defendant DEROUEN devised a scheme to embezzle and misappropriate at least $12,166.85 in postal funds.

8. It was part of the scheme to misappropriate postal funds that defendant DEROUEN repeatedly and on a regular and continuing basis, when conducting postage stamp sales to the public, would enter into the cash register the amount of the stamp sale, then void it, with a follow-up "no-sale" to open his cash drawer, and then take for his personal use, usually by placing it in his pocket, the relevant amount from the respective stamp sale. On other occasions, defendant DEROUEN

would simply use the "no-sale" key or the "void" key only to commit these transactions and take the money for his personal use.

9. Between in or about September of 2005 and in or about January of 2006, withing the District of Columbia, defendant LYNDON A. DEROUEN, being a USPS employee, did willfully and wrongfully convert to his own use United States currency totaling approximately $12,166.85, which money had come into his hands and under his control in the execution and under color of his employment with the USPS.

**(Misappropriation of Postal Funds, in violation of Title 18,
United States Code, Section 1711)**

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar # 451058


By: _____
DANIEL P. BUTLER
ASSISTANT UNITED STATES ATTORNEY
D.C. Bar # 417718
United States Attorneys Office
555 4th Street, N.W., Room 5231
Washington, D.C.  20530
(202) 353-9431
Daniel.Butler@USDOJ.Gov