UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff : | |
| : | CRIMINAL NO. 06-040 |
| vs. : | Judge Colleen Kollar-Kotelly |
| : | |
| LYNDON A. DEROUEN : | |
| : | |
| Defendant : | |

## ORDER

The probation office shall file its Presentence Report by no later than  May 5, 2006.

The parties shall file its Memorandum in Aid of sentencing by no later than May 19, 2006  and it is further;

ORDERED that the defendant shall be sentence in Courtroom #28-Annex on June 5, 2006 11:00 A.M.

IT IS SO ORDERED,

Date: 3/6/06

Colleen Kollar-Kotelly
United States District Judge

cc: Chambers
    File
    Courtroom Clerk
    Pretrial
    Probation
    Daniel Butler, AUSA
    Michael Smith, Capitol Legal Group, LLP, 1250 H Street, NE, Washington, DC 20002