AO 455 (Rev. 5/85) Waiver of Indictment ⊕

**FILED**

## United States District Court

FEB 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DISTRICT OF _____

UNITED STATES OF AMERICA

V.

LYNDON A. DEROUEN

**WAIVER OF INDICTMENT**

CASE NUMBER: 06-0040 (CCK)

I, LYNDON A. DEROUEN , the above named defendant, who is accused of

MISSAPPROPRIATION of postal fund § 18 USC §1711.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on  2-24-06  prosecution by indictment and consent that the
                    *Date*

proceeding may be by information rather than by indictment.

Lyndon A. Derouen
*Defendant*

H C Smith
*Counsel for Defendant*

Before  John M Facole
         *Judicial Officer*