HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
JUN - 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 06-CR-00040 |
| vs. | : | SSN: _____ |
| DEROUEN, Lyndon | : | Disclosure Date: **April 28, 2006** |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein. ( minor corrections/typographical errors noted )

_____                      May 2, 2006
Prosecuting Attorney                                    Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____    _____    _____    _____
Defendant              Date         Defense Counsel       Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **May 12, 2006**, to U.S. Probation Officer **Michael Penders**, telephone number (202) 565-1379, fax number (202) 273-0242.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Richard A. Houck, Jr., Chief
United States Probation Officer

**Receipt and Acknowledgment** – minor corrections/typographical errors          Page 2

Page 1, Release Status – reads that defendant was arrested 11/09/2006, but should provide that defendant was arrested on 1/09/2006, see page 3, paragraph 6

Page 6, paragraph 31 – last sentence has the word "siste,r", should be "sister"

Page 8, paragraph 48 – reads "Mr. Derouen generally nice," should read "Mr. Derouen was generally nice"

Page 11, paragraph 70 – reads, near the end of the paragraph, that "amount of a restitution foreseeable future", should read "amount of a restitution in the forsceable future"

Signed by: *Daniel P. Butler*
Daniel P. Butler
Assistant United States Attorney

Date:     May 2, 2006